**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KAMERON COMPTON,<br><br>             Plaintiff,<br><br>       v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB,<br><br>             Defendants. | Case No. **1:26-cv-04076-EGC**<br><br>**ORDER ON STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Doc. 9) |

ORDER
1:26-CV-04076-EGC

The Court is in receipt of the parties' "Stipulation for Extension of Time to Respond to Complaint." (Doc. 9).  In light of the parties' stipulation and for good cause shown, it is HEREBY ORDERED that

1.       Defendants Sony Interactive Entertainment LLC ("SIE"), Epic Games, Inc. ("Epic"), Microsoft Corporation ("Microsoft"), and Mojang AB ("Mojang"), SHALL have until September 11, 2026 to file their responses to Plaintiff's Complaint.

2.       Plaintiff SHALL have until October 9, 2026 to file any opposition;

3.       SIE, Epic, Microsoft, and Mojang SHALL have until November 6, 2026 to file any optional replies.

The Court further GRANTS Defendants leave to defer filing any other responsive motions, including any other motions under Rule 12(b) of the Federal Rules of Civil Procedure and any Special Motion to Strike under Cal. Code Civ. Proc. § 425.16, until 60 days after the last of any order from this Court on SIE's, Epic's, Microsoft's and Mojang's forthcoming Motions to Compel Arbitration and any Motions to Transfer to a different federal district court pursuant to 28 U.S.C. § 1404.

Finally, the Initial Scheduling Conference, currently set for September 9, 2026, is VACATED.  If upon resolution of Defendants' Motions to Compel Arbitration and any Motions to Transfer the action remains pending in this Court, the parties are ordered to file a joint status report within seven (7) days of the resolution of any such motions and request an Initial Scheduling Conference.

IT IS SO ORDERED.

Dated:   **June 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

ORDER
- 2 -                                    1:26-CV-04076-EGC