# United States District Court
# Eastern District of California

Kameron Compton

Plaintiff(s)

V.

Sony Interactive Entertainment, LLC, et al.

Defendant(s)

Case Number: 1:26-cv-04076-EGC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David Langevin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Kameron Compton

On 10/31/2003 (date), I was admitted to practice and presently in good standing in the State of Minnesota and District of Columbia (C (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Ethan Rodriguez v. Microsoft Corporation, et al, 1:26-cv-1557, 02/26/2026, Granted PHV admission

Date: 06/23/2026 Signature of Applicant: /s/ David Langevin

**Pro Hac Vice Attorney**

Applicant's Name: David Langevin

Law Firm Name: McSweeney Langevin LLP

Address: 2116 South 2nd Avenue

City: Minneapolis State: MN Zip: 55404

Phone Number w/Area Code: (612) 746-4646

City and State of Residence: Wayzata, Minnesota

Primary E-mail Address: dmlfiling@mclmasstort.com

Secondary E-mail Address: dave@mclmasstort.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: C. Moze Cowper

Law Firm Name: Cowper Law LLP

Address: 12301 Wilshire Blvd., STE 303

City: Los Angeles State: CA Zip: 90025

Phone Number w/Area Code: (877) 259-3707 Bar # 326614

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 15, 2026

Erin Sny Castillo

JUDGE, U.S. DISTRICT COURT