IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KAMERON COMPTON,<br><br>Plaintiff,<br><br>v.<br><br>SONY ENTERTAINMENT INTERACTIVE LLC, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG STUDIOS,<br><br>Defendants. | Case No. 1:26-cv-04076-KES-EGC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Kirk E. Sherriff<br><br>Magistrate Judge: Hon. Erin Guy Castillo<br><br>Doc. 27 |

The Court is in receipt of Plaintiff Kameron Compton and Defendants Microsoft Corporation ("Microsoft") and Mojang AB ("Mojang")'s "Stipulation for Extension of Time to Respond to Complaint." (Doc. 27). In light of Plaintiff, Microsoft, and Mojang's stipulation and for good cause shown, it is **HEREBY ORDERED** that Defendants Microsoft Corporation ("Microsoft") and Mojang AB ("Mojang") shall have until October 26, 2026, to file their responses to Plaintiff's Complaint; Plaintiff shall have until November 24, 2026, to file oppositions; and Microsoft and Mojang shall have until December 8, 2026, to file replies. Microsoft and Mojang may defer filing any other responsive motions, including any other motions under Rule 12(b) of the Federal Rules of Civil Procedure and any Special Motion to Strike under Cal. Code Civ. Proc. § 425.16, until 60 days after the last of any order from this Court on Sony's, Epic's, Microsoft's and Mojang's forthcoming Motions to Compel Arbitration and any Motions to Transfer to a different federal district court pursuant to 28 U.S.C. § 1404.

| Filing Deadline | Motion |
|---|---|
| October 26, 2026 | Microsoft and Mojang's Motion to Compel Arbitration |
| November 24, 2026 | Plaintiff's Opposition to Microsoft and Mojang's Motion to Compel Arbitration |
| December 8, 2026 | Microsoft and Mojang's Reply in Support of its Motion to Compel Arbitration |
| 60 days after the last of any order from this Court on Sony's, Epic's, Microsoft's, and Mojang's Motions to Compel Arbitration and/or Motions to Transfer | Microsoft and Mojang's other responsive motions |

IT IS SO ORDERED.

Dated: **August 26, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE