**WILMER CUTLER PICKERING HALE AND DORR LLP**

Ari Holtzblatt (SBN 354631)
ari.holtzblatt@wilmerhale.com
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Attorney for Sony Interactive Entertainment LLC*
*(Additional counsel on signature page)*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

KAMERON COMPTON,

Plaintiff,

vs.

SONY INTERACTIVE ENTERTAINMENT LLC *et al.*,

Defendants.

Case No. 1:26-cv-04076-KES-EGC

**ORDER COMPELLING ARBITRATION**

**ORDER**

Upon consideration of Plaintiff Kameron Compton's and Defendant Sony Interactive Entertainment LLC's ("SIE") Stipulation to Arbitrate,

IT IS HEREBY ORDERED:

1. That the stipulation is GRANTED and Plaintiff's claims against SIE are compelled to arbitration;

2. That this matter is STAYED as to Plaintiff's claims against SIE, and that such stay shall remain in effect until final resolution of the arbitration, including any proceedings to confirm, vacate, modify, or enforce any arbitration award; and

3. Within fourteen (14) days of the issuance of the arbitrator's decision, the Plaintiff and SIE shall notify the court that arbitration proceedings have concluded.

IT IS SO ORDERED.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE