UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMERON COMPTON,<br><br>Plaintiff,<br><br>v.<br><br>SONY ENTERTAINMENT INTERACTIVE LLC, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG STUDIOS,<br><br>Defendants. | Case No. 1:26-cv-04076-KES-EGC<br><br>Hon. Kirk E. Sherriff<br>Courtroom 6, 7th Floor<br><br>**ORDER GRANTING DEFENDANT EPIC GAMES, INC.'S NOTICE OF UNOPPOSED REQUEST TO SEAL DOCUMENTS**<br><br>Complaint Filed: May 27, 2026 |

On September 11, 2026, Defendant Epic Games, Inc. ("Epic") filed an unopposed request to seal portions of Epic's Memorandum of Law in Support of its Unopposed Motion to Compel Arbitration and Stay Litigation or, in the Alternative, to Transfer Venue ("Motion"), its supporting declaration, and certain supporting exhibits (collectively, the "Proposed Sealed Documents"). Plaintiff assented to the relief sought in the Unopposed Request and did not submit an opposition under Local Rule 141(c).

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Epic's unopposed request, sealing the documents serves a compelling interest and the interest of the public does not outweigh Epic's interest. *See, e.g., Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 679 (9th Cir. 2010); *Activision Publ'g, Inc. v. EngineOwning UG*, No. CV 2:22-CV-00051-MWF (JCX), 2023 WL 2347134, at *1 (C.D. Cal. Feb. 27, 2023). The Court further finds that, in the absence of closure, the compelling interests identified by Epic would be harmed. In light of the public filing of its Notice to Seal, the Court further finds that there are no additional alternatives to sealing the Proposed Sealed Documents that would adequately protect the compelling interests identified by Epic.

///

///

///

///

///

///

///

///

///

///

///

Accordingly, it is **ORDERED**:

1. Epic's unopposed request to seal documents is **GRANTED**.

2. On or before September 28, 2026, Epic shall provide an electronic copy of the document to be sealed to the Clerk of Court by email to: ApprovedSealed@caed.uscourts.gov, at which time the Clerk of Court will file the documents under seal. See Local Rule 141(e)(2)(i).

3. Access to the sealed document shall be limited to the Court, authorized Court personnel, and the parties and their counsel.

IT IS SO ORDERED.

Dated: September 21, 2026

UNITED STATES DISTRICT JUDGE